```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA,                           :
                                                    :
            -v-                                     :
                                                    :         23 Cr. 555 (JPC)
TYROME BREHON,                                      :
                                                    :         PRETRIAL ORDER
                            Defendant.              :
                                                    :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

  Trial is scheduled to begin in this matter on July 15, 2024. The parties must familiarize themselves with Part 7 of the Court's Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and material pursuant to 18 U.S.C. § 3500. Unless the Court orders otherwise, any exhibit lists, exhibits, and § 3500 material shall be submitted to the Court electronically, and the parties shall not submit hard copies.

  The deadline for the Government's expert disclosures pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) is January 15, 2024. The deadline for Defendant's expert disclosures pursuant to Rule 16(b)(1)(C) is February 15, 2024. The Government shall provide Defendant with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by March 15, 2024. By May 22, 2024, the parties shall submit proposed *voir dire* questions, requests to charge, and proposed verdict forms. Any motions *in limine* shall also be filed by May 22, 2024, with oppositions due June 5, 2024.

The Court will hold a Final Pretrial Conference on July 10, 2024, at 2:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: December 20, 2023
       New York, New York

                                          JOHN P. CRONAN
                                        United States District Judge