**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 15, 2024

**Via ECF and Email**
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **United States v. Tyrome Brehon**
     **23 Cr. 555 (JPC)**

Dear Judge Cronan,

 I write to respectfully request that the Court schedule a change-of-plea conference in the above-captioned case. The parties have conferred and are available on Thursday, February 22, 2024 and Wednesday, February 28, 2024, if one of those dates works for the Court.

 Given the anticipated resolution of this matter, we also request that the Court cancel tomorrow's status conference and hold the pretrial motions schedule in abeyance. The government, by Assistant United States Attorney Meredith Foster, consents to these requests. Finally, the defense consents to the exclusion of time until the newly-selected date.

 Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Brehon
212-417-8729

---

The request is granted. The status conference scheduled for February 16, 2024, is canceled, and the schedule for pretrial motions is held in abeyance. The change of plea hearing is scheduled for Wednesday, February 28, 2024, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The Court will exclude time until February 28, 2024 under the Speedy Trial Act to allow the parties to prepare for the scheduled hearing. The Court finds that the ends of justice served by that exclusion outweigh the best interest of the public and the Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.
February 15, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge