**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara Giwa*
Executive Director

Southern District
*Jennifer L. Brown*
Attorney-in-Charge

April 11, 2024

**Via ECF and Email**
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Tyrome Brehon**
**23 Cr. 555 (JPC)**

Dear Judge Cronan,

    I write to respectfully request that the Court reschedule the sentencing in Mr. Brehon's case. Under the current schedule, the final version of the PSR will not be disclosed until May 21 – but we are scheduled to have sentencing before that, on May 13. To ensure that the parties and the Court have an opportunity to review the PSR before sentencing, I ask that the Court adjourn the sentencing for approximately 30 days, to the week of June 10. The government, by Assistant United States Attorney Meredith Foster, consents to this request.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Brehon
212-417-8729

The request is granted. The sentencing is adjourned from May 13, 2024, at 10:00 a.m. to June 10, 2024, at 10:00 a.m.

SO ORDERED.
April 12, 2024
New York New York

_____
JOHN P. CRONAN
United States District Judge